155 A.3d 443

**RAYNOR, Marcal Duron**

v.

**STATE of Maryland**

**Pet. Docket No. 513, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 893, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 443

**SAUNDERS**

v.

**WARD**

**Pet. Docket No. 479, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 2014, Sept. Term, 2015).

Petition for writ of certiorari denied